FILED

MAR 24 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN HALL, | ) | No. C 15-4147 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| DR. BEATTY, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. On February 9, 2016, the court dismissed plaintiff's complaint with leave to amend. (Docket No. 4.) Plaintiff was warned that failure to file an amended complaint within thirty days would result in a finding that further leave to amend would be futile, and the action would be dismissed without further notice. More than thirty days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the court.

Accordingly, plaintiff's case is DISMISSED without prejudice. The clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 3/23/2016

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Hall147dism.wpd